```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
-----------------------------------------------
ROBERT G. LOPEZ,

               Plaintiff,           24-cv-7808 (JGK)

     - against -                   ORDER

ERIC ADAMS, ET AL.,

               Defendants.
-----------------------------------------------

**JOHN G. KOELTL**, District Judge:

    The pro se plaintiff paid the filing fees and commenced this action. Generally, the plaintiff has 90 days from filing the complaint to serve the summons and complaint. Fed. R. Civ. P. 4(m). However, the summons was not issued as to all of the defendants in this case when the plaintiff filed the complaint. The Court therefore extends the time to serve until 90 days after the date the summons is issued.

    The Clerk of Court is respectfully directed to issue a summons as to the defendant Dasheeda Dawson. The plaintiff is directed to serve the summons and complaint on the defendants within 90 days of the issuance of the summons.

    If the plaintiff does not either serve the defendants or request an extension of time to do so within those 90 days, the case may be dismissed without prejudice for failure to prosecute. Fed. R. Civ. P. 4 & 41.

    The plaintiff may receive court documents by email by completing the attached form, Consent to Electronic Service. If

the plaintiff consents to electronic service, the plaintiff will no longer receive court documents by regular mail.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

**SO ORDERED.**

Dated:   New York, New York
         October 30, 2024

                                    _____
                                         John G. Koeltl
                                    United States District Judge

# CONSENT TO ELECTRONIC SERVICE

I hereby consent to receive electronic service of notices and documents in my case(s) listed below. I affirm that:

1. I have regular access to my e-mail account and to the internet and will check regularly for Notices of Electronic Filing;

2. I have established a PACER account;

3. I understand that electronic service is service under Rule 5 of the Federal Rules of Civil Procedure and Rule 5.2 of the Local Civil Rules, and that I will no longer receive paper copies of case filings, including motions, decisions, orders, and other documents;

4. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address, or if I wish to cancel this consent to electronic service;

5. I understand that I must regularly review the docket sheet of my case so that I do not miss a filing; and

6. I understand that this consent applies only to the cases listed below and that if I file additional cases in which I would like to receive electronic service of notices of documents, I must file consent forms for those cases.

**Civil case(s) filed in the Southern District of New York:**

Please list all your pending and terminated cases to which you would like this consent to apply. For each case, include the case name and docket number (for example, John Doe v. New City, 10-CV-01234).

_____

_____

Name (Last, First, MI)

Address    City    State    Zip Code

Telephone Number    E-mail Address

Date    Signature

Click Here to Save