```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
---

ROBERT G. LOPEZ,

              Plaintiff,           24-cv-7808 (JGK)

   - against -                 ORDER

ERIC ADAMS, ET AL.,

              Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to appear, by phone, for a pre-motion conference on **Thursday, February 13, 2025,** at **11:30 a.m.**

    Dial-in: 646-453-4442, with conference ID 67527833#

    The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
          January 29, 2025

                                       John G. Koeltl
                                United States District Judge