UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT G. LOPEZ,

           Plaintiff,

- against -

ERIC ADAMS, ET AL.,

           Defendants.

---

24-cv-7808 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

As discussed at the telephone conference held today, the plaintiff should file an amended complaint by **March 7, 2025**. The defendants should answer or file any motion to dismiss by **March 28, 2025**. The time for the plaintiff to respond to any motion to dismiss is **April 18, 2025**. The time for the defendants to reply is **April 28, 2025**.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           February 13, 2025

                                    John G. Koeltl
                                    United States District Judge