UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT G. LOPEZ,

                Plaintiff,

    - against -

ERIC ADAMS, ET AL.,

                Defendants.

---

24-cv-7808 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

The time for the plaintiff to file an amended complaint is extended to **March 17, 2025**.

The plaintiff's complaint against Medgar Evers College Auxiliary Enterprises, Inc. and Medgar Evers College Student-Faculty Association Inc. is **dismissed without prejudice** for failure to comply with Federal Rule of Civil Procedure 4(m).

The time for the remaining defendants to answer or file any motion to dismiss the amended complaint is **April 18, 2025**. The time for the plaintiff to respond to any motion to dismiss the amended complaint is **May 9, 2025**. The time for the defendants to reply is **May 19, 2025**.

The Clerk is respectfully requested to mail a copy of this Order to the plaintiff and to note mailing on the docket.

SO ORDERED.

Dated:    New York, New York
           March 14, 2025

                                              John G. Koeltl
                                  United States District Judge