UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ROBERT G. LOPEZ,

        Plaintiff,

- against -

ERIC ADAMS, ET AL.,

        Defendants.

24-cv-7808 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The City is directed to provide the Court with paper courtesy copies of all papers filed in connection with the fully briefed motion to dismiss the first amended complaint (ECF No. 31).

SO ORDERED.

Dated:    New York, New York
            May 27, 2025

                                     /s/ John G. Koeltl
                                       John G. Koeltl
                              United States District Judge